FILED
Friday, 13 August, 2004 12:33:00 PM
Clerk, U.S. District Court, ILCD

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

**FILED**

AUG 1 3 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

*Anna Marie Holt*
Plaintiff

V.

*Michael John Holt*
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 04-2159

I, *Anna Marie Holt*, declare that I am the (check appropriate box)
☐ petitioner/(plaintiff)/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    *Prime Time Pizza, 1709 W Kirby & 505 E University Champaign, IL*

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends              ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d. Disability or workers compensation payments       ☐ Yes    ☒ No
    e. Gifts or inheritances                             ☐ Yes    ☒ No
    f. Any other sources                                 ☐ Yes    ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Earned income: $384/per month

Expenses:   $195.00 rent
            545.00 utilities
            -0- checking account
            -0- savings account
            -0- stocks, IRA's
            -0- certificate of deposit
            -0- real estate
            -0- vehicle transportation
            (est)
            2800.00 - outstanding medical
            (est)
            5000.00 - outstanding loans
            -0- SSI
            -0- pension
            -0- workers compensation
            -0- interest
            (est)
            14,000.00 - outstanding debts including payments in divorce