# United States District Court
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

**FILED**
Friday, 13 August, 2004 12:34:05 PM
Clerk, U.S. District Court, ILCD

Anna Marie Holt )
Plaintiff(s) )
)
)
vs. )  Case Number: 04-2159
)
)
Michael John Holt )
Defendant(s) )

**FILED**
AUG 1 3 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### MOTION FOR APPOINTMENT OF COUNSEL

I, Anna Marie Holt, declare that I am the (circle one) (**Plaintiff**) Defendant In the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:



In further support of my motion, I declare that (check appropriate box):

[X] I am not currently, nor previously have been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

[ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

In further support of my motion, I declare that (Check appropriate box)

[X] I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is true and correct representation of my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 08·13·04

Anna Marie Holt
Movant's Signature

306 W. Griggs
Street Address

Urbana, IL
City/State/Zip

moapptcn.wpd